1  JOHN L. BURRIS, ESQ.  (State Bar No. 69888)
   BENJAMIN NISENBAUM, ESQ. (State Bar No.  222173)
2  **LAW OFFICES OF JOHN BURRIS**
   Airport Corporate Center
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  Telephone:     (510) 839-5200
   Facsimile:     (510) 839-3882
5
6  Attorney for Plaintiffs

7               **UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9   NICK BRENNAN, individually and as          ) Case No.:   C 08 05360 JSW
    executor of the  ESTATE OF JAMES           )
10  BRENNAN; MATT BRENNAN; TED                 )  STIPULATION AND (~~PROPOSED~~)
    BRENNAN; S.B., a minor, by and through her )  ORDER CONTINUING FURTHER CASE
11  Guardian Ad Litem, ELIZABETH MALONE,       )  MANAGEMENT CONFERENCE DATE
                                               )  AND EXTENDING ADR DEADLINES
12                                             )
               Plaintiffs,                     )
13                                             )
         vs.                                   )
14                                             )
    COUNTY OF CONTRA COSTA, a                  )
15  municipal corporation; WARREN RUPF in      )
    his official capacity as sheriff for the   )
16  CONTRA COSTA COUNTY SHERIFF'S              )
    DEPARTMENT; DEPUTY IAN JONES               )
17  individually and in his capacity as deputy )
    sheriff for the CONTRA COSTA COUNTY        )
18  SHERIFF'S DEPARTMENT; DEPUTY
    MARK JOHNSON, individually and in his
19  official capacity as a deputy sheriff for the
    COUNTY OF CONTRA COSTA;  CITY OF
20  OAKLEY,  a municipal corporation;  CHRIS
    THORSEN in his official capacity as chief of
21  police for CITY OF OAKLEY; and DOES 1-
    100, inclusive;
22
23               Defendants

24

25

BRENNAN V. COUNTY OF CONTRA COSTA, ET AL.
Stipulation and (~~proposed~~) Order to extend ADR deadlines and continue further Case Management Conference
CASE NO. C 08 05360 JSW

- 1

1

**STIPULATION**

2

Pursuant to Local Rule 7-11, the parties file this stipulated motion to extend the ADR

3

deadline in this case.

4

The parties have agreed to mediation of this matter through an ADR-appointed mediator,

5

and Martin H. Dodd has been appointed as mediator.  Mediation was to have been completed by

6

July 21, 2009.  The parties have been engaged in discovery in this wrongful death action, and

7

believe that further discovery must be completed in order to conduct meaningful ADR

8

discussions. The parties have conferred with Mr. Dodd, who concurs with the parties' request to

9

extend the ADR deadline. Discovery in the case is proceeding, and the parties and Mr. Dodd

10

have agreed to conduct the mediation on October 21, 2009, at 10:00 a.m., when all parties will

11

have completed discovery sufficiently for purposes of mediation.

12

Whereas a Further Case Management Conference is currently set for July 31, 2009 at

13

1:30 p.m., the parties stipulate and respectfully request that the Further Case Management

14

Conference be continued to October 23, 2009 at 1:30 p.m., two days after the mediation will be

15

held in this action.

16

17

Dated:  July 28, 2009                                              **The Law Offices of John L. Burris**

18

19
                                                                          __/s/_____
20
                                                                          Ben Nisenbaum
                                                                          Attorney for Plaintiffs
21

Dated:  July 28, 2009                                              **McNamara, Dodge, Ney, Beatty,**
22                                                                         **Slattery, Borges & Brothers, LLP**

23

                                                                          By: _/s/_____
24
                                                                          James V. Fitzgerald,  Esq.
                                                                          Noah G. Blechman, Esq.
25
                                                                          Attorney for Defendants

BRENNAN V. COUNTY OF CONTRA COSTA, ET AL.
Stipulation and (proposed) Order to extend ADR deadlines and continue further Case Management Conference
CASE NO. C 08 05360 JSW

- 2

1

2                              **(Proposed) Order**

3          **PURSUANT TO STIPULATION,** good cause based on the parties' need to conduct

4   additional discovery, the Court hereby Orders that the deadline for completion of ADR in this

5   action is hereby extended to October 21, 2009.

6          **FURTHERMORE**, in light of the re-scheduled mediation date of October 21, 2009 and

7   the parties' Stipulation, the Court hereby continues the July 31, 2009 Further Case Management

    Conference to October 23, 2009, at 1:30 p.m.

8          **IT IS SO ORDERED.**

9

10  Dated:____7/29/09____

11                                                 
    Hon. Jo
    United S
12

13

14

15

16

17

18

19

20

21

22

23

24

25

BRENNAN V. COUNTY OF CONTRA COSTA, ET AL.
Stipulation and (proposed) Order to extend ADR deadlines and continue further Case Management Conference
CASE NO. C 08 05360 JSW