1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   COUNTY OF CONTRA COSTA, a municipal corporation,
7  WARREN RUPF in his official capacity as sheriff for the
   CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT;
8  DEPUTY IAN JONES, individually and in his capacity as
   deputy sheriff for the CONTRA COSTA COUNTY SHERIFF'S
9  DEPARTMENT; DEPUTY MARK JOHNSON, individually
   and in his official capacity as a deputy sheriff for the COUNTY
10 OF CONTRA COSTA, and CITY OF OAKLEY, a municipal
   corporation
11
                   UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| NICK BRENNAN, individually and as executor of the ESTATE OF JAMES BRENNAN; MATT BRENNAN; TED BRENNAN; S.B., a minor, by and through her Guardian Ad Litem, ELIZABETH MALONE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation, WARREN RUPF in his official capacity as sheriff for the CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT; DEPUTY IAN JONES, individually and in his capacity as deputy sheriff for the CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT; DEPUTY MARK JOHNSON, individually and in his official capacity as a deputy sheriff for the COUNTY OF CONTRA COSTA; CITY OF OAKLEY, a municipal corporation; CHRIS THORSEN in his official capacity as chief of police for CITY OF OAKLEY; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C08-05360 JCS<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT ORDER DEADLINES**<br><br>Trial Date:   June 7, 2010<br><br>Judge:        Hon. Joseph C. Spero |

IT IS HEREBY STIPULATED between the parties as follows:

WHEREAS by Pretrial Order ("Order") dated 3/25/09 (Document No. 27), non-expert and expert discovery deadlines as well as dispositive motion hearing deadline, pretrial and trial dates were initially set in this case;

WHEREAS per that Order, fact discovery is scheduled to close on November 20, 2009, expert disclosures are due December 4, 2009, and the dispositive motions should be heard no later than February 26, 2010. The trial of this matter is set for June 7, 2010;

WHEREAS the parties have diligently proceeded with discovery in this matter. Recently, the parties completed written responses to discovery. Plaintiffs produced a litany of discovery responses and documents in this matter. Further, Defendants have produced over 1,600 pages of documents in discovery.

WHEREAS the parties are currently scheduled to participate in a mediation in this matter on October 21, 2009, the first such mediation in this matter. The parties are also schedule for a further case management conference in this matter on October 23, 2009.

WHEREAS Plaintiffs have reviewed Defendants' voluminous production of documents which has revealed numerous additional witnesses that Plaintiffs were not previously aware of. In addition, Plaintiffs intend to seek leave to amend the complaint to add three additional officers who allegedly used force during the arrest of Plaintiff Matt Brennan. The Plaintiffs are evaluating the number of depositions to take in relation to these approximately 9-10 newly identified witnesses, not including any named Defendants. Defendants estimate that they will need to take approximately 5-7 depositions. Plaintiffs herein also seek leave to take more than the allotted 10 depositions per F.R.C.P., and up to 15 depositions without further leave of Court.

WHEREAS the parties will be setting numerous party witness depositions and numerous other percipient witness depositions to occur in November, December and January. Due to the upcoming holidays in those months, it is likely that all of these depositions will not be completed until January/February of 2010. In addition, both counsel have upcoming trials in the latter half of November of 2009 and the middle of January of 2010.

1   WHEREAS the parties are concerned that they will not be able to complete fact discovery
2   by the current set deadline of November 20th due to these circumstances and their best efforts and
3   the parties may also need additional time for expert disclosures and the filing and hearing of
4   dispositive motions.
5   WHEREAS counsel on both sides of this matter have met and conferred to come up with
6   a revised schedule to the Order in relation to such discovery issues, a plan that will not impact the
7   current trial date of June 7, 2010.
8   WHEREAS the parties have not previously continued the discovery dates included in the
9   Court's Order and have only obtained a three month continuance of the ADR deadline to allow
10  more time to gather information and evidence prior to the mediation. This present request will
11  not affect the current trial and pre-trial dates in this matter.
12  Good cause is present to extend the currently set deadlines as follows:

| Deadline Description | Current Date | Proposed Modified Date |
|---|---|---|
| Close of Non-Expert Discovery | 11-20-09 | 1-21-10 |
| Expert Disclosure | 12-4-09 | 2-12-10 |
| Rebuttal Expert Disclosure | 12-18-09 | 2-22-10 |
| Close of Expert Discovery | 1-15-10 | 3-19-10 |
| Last Day to Hear Dispositive Motions | 2-26-10 | No change. |
| Pretrial Conference | 5-28-10 | No change. |
| Trial Date | 6-7-10 | No change. |

**IT IS SO STIPULATED.**

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: October _14__, 2009 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |

By: ___/s/ James V. Fitzgerald, III_____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
COUNTY OF CONTRA COSTA, a municipal corporation, WARREN RUPF in his official capacity as sheriff for the CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT; DEPUTY IAN JONES, individually and in his capacity as deputy sheriff for the CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT; DEPUTY MARK JOHNSON, individually and in his official capacity as a deputy sheriff for the COUNTY OF CONTRA COSTA, and CITY OF OAKLEY, a municipal corporation

Dated: October _14_, 2009            LAW OFFICES OF JOHN BURRIS

By: ___/s/ Ben Nisenbaum_____
John L. Burris, Esq. / Ben Nisenbaum, Esq.
Attorney for Plaintiffs
NICK BRENNAN, individually and as executor of the ESTATE OF JAMES BRENNAN; MATT BRENNAN; TED BRENNAN; S.B., a minor, by and through her Guardian Ad Litem, ELIZABETH MALONE

///

# ORDER

The parties have demonstrated good cause to modify the Court's original Case Management Order of March 25, 2009 (Document No. 27), as follows:

| Deadline Description | New Deadline Date |
|---|---|
| Close of Non-Expert Discovery | 1-21-10 |
| Expert Disclosure | 2-12-10 |
| Rebuttal Expert Disclosure | 2-22-10 |
| Close of Expert Discovery | 3-19-10 |
| Last Day to Hear Dispositive Motions | No change (2-26-10). |
| Pretrial Conference | No change (5-28-10). |
| Trial Date | No change (6-7-10). |

In addition, Plaintiffs are granted leave to take up to 15 depositions in this matter. Any additional depositions by Plaintiffs above that level need to be per written leave of Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 16, 2009

By: _____
Honorable Joseph C. Spero
United States District Court Magistrate Judge

AMENDED STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES – C08-05360 JCS

5